# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MILLER, individually and on behalf of all others similarly situated, | Case No. 8:20-cv-02343-DOC-DFM |
| Plaintiff, | Assigned for All Purposes To:<br>Judge: David O. Carter |
| vs. | [PROPOSED] PROTECTIVE ORDER |
| ACCURATE BACKGROUND, LLC, | |
| Defendant. | Action Filed: December 14, 2020 |

**GOOD CAUSE APPEARING**, the Court hereby approves the Stipulated Protective Order filed by the Parties on April 27, 2021.

**IT IS SO ORDERED**.

DATED: April 29, 2021

_____
HONORABLE DOUGLAS F. McCORMICK
United States Magistrate Judge

CDF LABOR LAW LLP

1795810_1.DOCX