# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC MILLER, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> ACCURATE BACKGROUND, LLC, <br><br> Defendant. | Case No. 8:20-cv-02343-DOC-DFM <br><br> Assigned for All Purposes To: <br> Judge: David O. Carter <br><br> **AMENDED PROTECTIVE ORDER** <br><br> Action Filed: December 14, 2020 |

**GOOD CAUSE APPEARING**, the Court hereby approves the Amended Stipulated Protective Order filed by the Parties on July 13, 2021.

**IT IS SO ORDERED**.

DATED: July 14, 2021

_____
HONORABLE DOUGLAS F. McCORMICK
United States Magistrate Judge

CDF Labor Law LLP

Accurate - Amended Stipulated Protective Order.docx